UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
MAREN TWINING, Individually And On
Behalf Of All Others Similarly Situated,
                Plaintiff,

        - against -

FACEBOOK, INC.; MARK ZUCKERBERG;
SHERYL K. SANDBERG; DAVID A.
EBERSMAN; MARC L. ANDREESSEN;
ERSKINE B. BOWLES; JAMES W.
BREYER; DONALD E. GRAHAM; REED
HASTINGS; PETER A. THIEL; MORGAN
STANLEY & CO. LLC; J.P. MORGAN
SECURITIES LLC; GOLDMAN, SACHS &
CO.; MERRILL LYNCH, PIERCE, FENNER
& SMITH, INC.; BARCLAYS CAPITAL
INC.; ALLEN & COMPANY LLC;
CITIGROUP GLOBAL MARKETS INC.;
CREDIT SUISSE SECURITIES (USA) LLC;
DEUTSCHE BANK SECURITIES INC.; RBC
CAPITAL MARKETS, LLC; WELLS
FARGO SECURITIES, LLC; BLAYLOCK
ROBERT VAN LLC; BMO CAPITAL
MARKETS CORP.; C.L. KING &
ASSOCIATES, INC.; CABRERA CAPITAL
MARKETS, LLC; CASTLEOAK
SECURITIES, L.P.; COWEN AND
COMPANY, LLC; E*TRADE SECURITIES
LLC; ITAÚ BBA USA SECURITIES, INC.;
LAZARD CAPITAL MARKETS LLC;
LEBENTHAL & CO., LLC; LOOP CAPITAL
MARKETS LLC; M.R. BEAL & COMPANY;
MACQUARIE CAPITAL (USA) INC.;
MURIEL SIEBERT & CO., INC.;
OPPENHEIMER & CO. INC.; PACIFIC
CREST SECURITIES LLC; PIPER JAFFRAY
& CO.; RAYMOND JAMES &
ASSOCIATES, INC.; SAMUEL A.
RAMIREZ & COMPANY, INC.; STIFEL,
NICOLAUS & COMPANY, INC.; THE
WILLIAMS CAPITAL GROUP, L.P.; and
WILLIAM BLAIR & COMPANY, L.L.C.,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

12 Civ. 4099 (RWS)

<u>CLASS ACTION</u>

**NOTICE OF APPEARANCE**

1

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Defendants Facebook, Inc., Mark Zuckerberg, Sheryl K. Sandberg, David A. Ebersman, Marc L. Andreessen, Erskine B. Bowles, James W. Breyer, Donald E. Graham, Reed Hastings, and Peter A. Thiel.

I certify that I am admitted to practice in this court.

Dated:  New York, New York
    June 13, 2012

                                      KIRKLAND & ELLIS LLP

                                      By:  */s/Brant W. Bishop, P.C.*
                                               Brant W. Bishop, P.C.

                                      655 Fifteenth Street, N.W.
                                      Washington, D.C. 20005
                                      Telephone: (202) 879-5000
                                      Fax: (202) 879-5200
                                      brant.bishop@kirkland.com