UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
MAREN TWINING, Individually And On
Behalf Of All Others Similarly Situated,

            Plaintiff,

      - against -

FACEBOOK, INC.; MARK ZUCKERBERG;
SHERYL K. SANDBERG; DAVID A.
EBERSMAN; MARC L. ANDREESSEN;
ERSKINE B. BOWLES; JAMES W.
BREYER; DONALD E. GRAHAM; REED
HASTINGS; PETER A. THIEL; MORGAN
STANLEY & CO. LLC; J.P. MORGAN
SECURITIES LLC; GOLDMAN, SACHS &
CO.; MERRILL LYNCH, PIERCE, FENNER
& SMITH, INC.; BARCLAYS CAPITAL
INC.; ALLEN & COMPANY LLC;
CITIGROUP GLOBAL MARKETS INC.;
CREDIT SUISSE SECURITIES (USA) LLC;
DEUTSCHE BANK SECURITIES INC.; RBC
CAPITAL MARKETS, LLC; WELLS
FARGO SECURITIES, LLC; BLAYLOCK
ROBERT VAN LLC; BMO CAPITAL
MARKETS CORP.; C.L. KING &
ASSOCIATES, INC.; CABRERA CAPITAL
MARKETS, LLC; CASTLEOAK
SECURITIES, L.P.; COWEN AND
COMPANY, LLC; E*TRADE SECURITIES
LLC; ITAÚ BBA USA SECURITIES, INC.;
LAZARD CAPITAL MARKETS LLC;
LEBENTHAL & CO., LLC; LOOP CAPITAL
MARKETS LLC; M.R. BEAL & COMPANY;
MACQUARIE CAPITAL (USA) INC.;
MURIEL SIEBERT & CO., INC.;
OPPENHEIMER & CO. INC.; PACIFIC
CREST SECURITIES LLC; PIPER JAFFRAY
& CO.; RAYMOND JAMES &
ASSOCIATES, INC.; SAMUEL A.
RAMIREZ & COMPANY, INC.; STIFEL,
NICOLAUS & COMPANY, INC.; THE
WILLIAMS CAPITAL GROUP, L.P.; and
WILLIAM BLAIR & COMPANY, L.L.C.,

            Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

12 Civ. 4099 (RWS)

<u>CLASS ACTION</u>

**FACEBOOK, INC.'S RULE 7.1 DISCLOSURE STATEMENT**

1

TO THE COURT CLERK AND ALL PARTIES OF RECORD:

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Facebook, Inc. states the following:

Facebook, Inc is a corporation organized under the laws of Delaware, and there is no publicly held corporation that owns 10% or more of its stock.

Dated: New York, New York
June 13, 2012

KIRKLAND & ELLIS LLP

By: */s/Brant W. Bishop, P.C.*
Brant W. Bishop, P.C.
Andrew B. Clubok

655 Fifteenth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 879-5000
Fax: (202) 879-5200
brant.bishop@kirkland.com

KIRKLAND & ELLIS LLP
James F. Basile
Elizabeth L. Deeley
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Fax: (415) 439-1500


WILLKIE FARR & GALLAGHER LLP
Richard D. Bernstein
1875 K Street, N.W.
Washington, DC 20006-1238
Telephone: (202) 303-1000
Fax: (202) 303-2000

WILLKIE FARR & GALLAGHER LLP
Todd Cosenza
787 Seventh Avenue
New York, NY 10019-6099, U.S.A.
Telephone: (212) 728-8000
Fax: (212) 728-8111

*Attorneys for Defendants Facebook, Inc., Mark Zuckerberg, Sheryl K. Sandberg, David A. Ebersman, Marc L. Andreessen, Erskine B. Bowles, James W. Breyer, Donald E. Graham, Reed Hastings, and Peter A. Thiel*